```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 12038
     WILLIAM B NOWAK
                                           CHAPTER 13

                                           JUDGE: BRUCE W BLACK

          Debtor
     SSN XXX-XX-8762


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/06/07 and confirmed on 09/19/07.

     2.  The case was dismissed after confirmation, 11/21/2008.

     3.  The Debtor paid a total of $  10065.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | 2194.92 | .00 | 2194.92 |
| GREATER SUBURBAN ACCEPTA | SECURED VEHIC | 11305.18 | 2255.49 | 3154.20 |
| TURNER ACCEPTANCE | SECURED VEHIC | 462.00 | .00 | 462.00 |
| AIG | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 954.21 | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CUB FOODS | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE PATHOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL | UNSECURED | NOT FILED | .00 | .00 |
| MEIJER | UNSECURED | NOT FILED | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 628.52 | .00 | .00 |
| MONROE & MAIN | UNSECURED | 489.29 | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 998.00 | .00 | .00 |
| SAFEWAY CHECKS SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 465.87 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SOUMA DIAGNOSTICS LTD | UNSECURED | NOT FILED | .00 | .00 |
| TONYS FINER FOODS | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSITY OF ILLINOIS M | UNSECURED | NOT FILED | .00 | .00 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| YVES ROCHER | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3653.15 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 305.37 | .00 | .00 |

```
      Summary of disbursements:
------------------------------------------------------------------------
                   SECURED    PRIORITY   UNSECURED      OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED 13962.10        .00     7494.41        .00    21456.51
PRINCIPAL PAID      5811.12        .00         .00        .00     5811.12
INTEREST PAID       2255.49        .00         .00        .00     2255.49
TOTAL PAID          8066.61        .00         .00        .00     8066.61
```

The Debtor's attorney, LEGAL HELPERS PC            , was allowed $   3000.00
and was paid $   1500.00  direct and $   1500.00  through the plan.

The Trustee received $    498.39 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/11/09                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                          PAGE   2
        CASE NO. 07 B 12038 WILLIAM B NOWAK